FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL 26 PM 2: 15

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| JOHN RANDALL FUTCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| HOUSEHOLD BANK, N.A., | ) | **CV407-i09** |
| RUST CONSULTING, INC., and | ) | |
| BRIAN STRANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendant Rust Consulting, Inc. ("Rust") respectfully files this Notice of

Removal from the State Court of Chatham County, Georgia, to the United States

District Court for the Southern District of Georgia, Savannah Division. Rust

shows the Court as follows:

1.    This action was commenced on May 1, 2007 by the filing of a

Complaint in the State Court of Chatham County, Georgia. On July 25, 2007, Rust

filed its answer in the State Court. A true and correct copy of the Complaint,

Answer, and other pleadings, process and orders served on Rust in this action, are

attached hereto as Exhibit 1. In the Complaint, Plaintiff seeks compensatory and

punitive damages related to a claim he submitted in a class action filed in a California state court.

2.     This removal is timely under 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after service on Rust of Plaintiff's initial pleading setting forth his claims for relief.

3.     Defendant Household Bank, N.A. ("Household") has thirty days from the date it was served to consent to this removal.  See, e.g., Adams v. Lederle Labs., 569 F. Supp. 234, 243 (D. Mo. 1983).

4.     Defendant Brian Strange ("Strange") has not been personally served with a summons and copy of the complaint, therefore, he is not required to consent to this removal.  See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 347-49 (1999) (holding a defendant has no duty to file a notice of removal without formal service); Jones v. Houston Indep. Sch. Dist., 979 F.2d 1004, 1007 (5th Cir. 1992) (holding a defendant cannot join in a removal petition if he is not served).

5.     As set forth below, the Court has diversity of citizenship jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) because the alleged cause of action brought by Plaintiff against Defendants is a suit between citizens of

different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

6.      Complete diversity of citizenship exists between Plaintiff and Defendants.

7.      Plaintiff is a citizen of Georgia.  Currently, Plaintiff is a prisoner incarcerated at the Federal Correctional Institution in Pekin, Illinois.  See Compl. ¶ 1, p. 2, Ex. 1.  Prisoners retain their pre-incarceration citizenship.  Polakoff v. Henderson, 370 F. Supp. 690, 693 (N.D. Ga. 1973), aff'd 488 F.2d 977 (5th Cir. 1974).  Before Plaintiff's incarceration, he was, and thus remains, a Georgia citizen.

8.      Defendant Rust, a corporation, is, and was at the time of commencement of this action, a citizen of Minnesota.  See Compl. ¶ 2, p.1, Ex. 1. Rust is incorporated under the laws of Minnesota, and its one principal place of business is located in Minnesota.

9.      Pursuant to 28 U.S.C. § 1348, Defendant Household is a citizen of Nevada because Household is, and was at the time of the commencement of this action, a national banking association with its main office in Nevada.  Wachovia Bank v. Schmidt, 546 U.S. 303, 126 S. Ct. 941, 945, 163 L. Ed. 2d 797, 803 (2006).

3

10.    The matter in controversy in this case exceeds $75,000.00, exclusive of interest and costs.  Plaintiff's Complaint includes a demand for judgment for $425,000.00 from each Defendant.  See Compl. ¶ (b).[1]

11.    Attached hereto as Exhibit 1 are copies of all pleadings, process and orders served on Rust to date in this action.

12.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal shall be filed promptly with the Clerk of the State Court of Chatham County, Georgia, and is being served on Plaintiff.

13.    The United States District Court for the Southern District of Georgia is the court embracing the State Court of Chatham County, the court where Plaintiff filed this action.  For the purpose of removal, venue therefore is proper in this Court pursuant to 28 U.S.C. § 90(c)(3) and 28 U.S.C. § 1441(a).

WHEREFORE, Rust prays that the Court assume jurisdiction over this action from the State Court of Chatham County, Georgia, and that this action shall

---

[1] Rust denies all liability and denies that Plaintiff is entitled to or will recover damages in any amount.  Rust does not concede or admit that, if liability were found, the amount of such liability would exceed $75,000.00 for each Defendant or that Plaintiff's damages calculation methodology is in any way proper.  Rust provides the figures in this Notice solely to demonstrate that the "matter in controversy," judged by the alleged (but unproven and disputed) facts in the Complaint, meets the jurisdictional requirements of 28 U.S.C. § 1332(a).

proceed as removed under this Court's jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1441(b).


Respectfully submitted this 26th day of July, 2007.


_R. Clay Ratterree_

R. Clay Ratterree
Georgia Bar No. 595312
Ellis, Painter, Ratterree & Adams LLP
First Union Building, 10th Floor
2 East Bryan Street
Savannah, Georgia  31401
Phone:  (912) 233-9700
Fax:  (912) 233-2281

OF COUNSEL:

Ashley Cummings
Georgia Bar No. 186005
Jason M. Beach
Georgia Bar No. 043606
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308
Phone:  (404) 888-4000
Fax:  (404) 888-4190

**_Counsel for Defendant Rust Consulting, Inc._**

# EXHIBIT 1

IN THE STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| JOHN RANDALL FUTCH | : | |
| Plaintiff, | : | |
| | : | Case No._____ |
| v. | : | |
| | : | |
| HOUSEHOLD BANK | : | CIVIL COMPLAINT |
| RUST CONSULTING | | |
| BRIAN STRANGE | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

## COMPLAINT

NOW COMES, John Randall Futch (Plaintiff) herein and file his Complaint showing the Court as follows:

1. Defendant Household Bank is a resident of Cook County, Illinois and is subject to the jurisdiction of this Honorable Court. The Defendant may be served with this Complaint, Summons, and Process at 1301 E. Tower Road, Schaumburg, IL 60173.

2. Defendant Rust Consulting, Inc. is a resident of Hennepin County, Minnesota and is subject to the jurisdiction of this Honorable Court. The Defendant may be served with this Complaint, Summons, and Process at 625 Marquette Avenue, Suite 880, City of Minneapolis, Minnesota 55402.

3. Defendant Brian Strange is a resident of Los Angeles, County and is subject to the jurisdiction of this Honorable Court. The Defendant may be served with this Complaint, Summons, and Process at 12100 Wilshire Boulevard, 19th Floor, Los Angeles, California

(1)

90025.

1.   The Plaintiff John Randall Futch, is incarcerated in the Federal Correctional Institution, Pekin, Illinois, P.O. Box 5000, Pekin, Illinois 61555.

2.   Household Bank, located at 1301 E. Tower Road, Schaumburg, IL 60173 is a company involved in offering personal revolving credit to customers. Household Bank entered into a contract with the said Plaintiff within the County of Chatham, The State of Georgia, and subsequently a national class action suit was filed against the said defendant "Household Bank for fee disputes.

3.   Rust Consulting, Inc., is located at 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402. As was a claim said administrator for Household Bank in connection with a national class action lawsuit wherein a fee disputes was the core of the action.

4.   Brian Strange of 12100 Wilshire Blvd, 19th Floor, Los Angeles California 90025 is a lawyer who was to represent the class in connection with the class action.

5.   The Plaintiff learned of the class action, and filed a claim in 2004.

6.   The Plaintiff received no response to his filed claim and then sought to inquire of the status.

7.   The Plaintiff received communications from Defendant Strange indicating he was qualified for a claim.

8.   The Plaintiff next received a letter from the Defendant Strange indicating that payments were made to qualified accounts,

(2)

and those who sought payments by mail, those checks would be
forthcoming.

9.  Defendant Strange admitted in his letter that the payments
from the class-action were <u>automatic distribution</u> to qualified
accounts.

10. The Plaintiff contacted the Defendant Strange and sought
information about his claim, when he didn't receive payment or
check.

11. Plaintiff Strange asserts that the "Plaintiff did not submit
the required documentation and the claim was denied.

12. Defendants Strange, Rust Consulting, and Household Bank
committed fraud wherein, the plaintiff was erroneously overcharged
fee's in violation of his contract with household. Rust Consulting,
Inc and Brian Strange committed fraud, wherein the Plaintiff filed
a timely claim, and was never informed of any defects until it was
past date to amend or cure any alleged defects so that he could
recover his damages.

13. The Plaintiff further asserts that the Defendants Household
Bank, Brian Strange, Rust Consulting, Inc. conspired to deny his
claims and the relief thus committing a second act of fraud.

   WHEREFORE, PLAINTIFF PRAYS:

   (a)  That process issue terms of law requiring the Defendants
answer this complaint in a timely manner.

   (b)  That the Plaintiff have and recover in compensatory
damages in the amount of $25,000.00 and punitive damages in the

(3)

amount of $400,000.00 from each defendant.

(c) That Plaintiff have such other and further relief
as is just and proper in law or equity.

This ___13ᵗʰ___ of _____March_____ ,2007.

BY: _____
    John Randall Futch

P.O. Box 5000
Pekin, Illinois 61555-5000

# Household Bank



www.hbcard.com

Page 1 of 2

## ACCOUNT SUMMARY

| | |
|---|---|
| ACCOUNT NUMBER | 5407-9150-0170-4748 |
| CASH CREDIT LINE | $300 |
| CASH LINE AVAILABLE | $300 |
| TOTAL CREDIT LINE | $300 |
| TOTAL CREDIT LINE AVAILABLE | $300 |
| CLOSING DATE | 03/17/02 |

*Cash Credit Line is a portion of the Total Credit Line

## MINIMUM PAYMENT SUMMARY

| | |
|---|---|
| PAST DUE AMOUNT | $0.00 |
| CURRENT PAYMENT + | $0.00 |
| TOTAL MINIMUM PAYMENT DUE = | $0.00 |
| PAYMENT DUE DATE | 04/11/02 |

## BALANCE SUMMARY

| | |
|---|---|
| PREVIOUS BALANCE | $956.43 |
| PAYMENTS/CREDITS | $991.93 |
| PURCHASES/DEBITS + | $35.50 |
| LATE PAYMENT CHARGE + | $0.00 |
| MISC. FINANCE CHARGE + | $0.00 |
| FINANCE CHARGE + | $0.00 |
| NEW BALANCE = | $0.00 |

## TRANSACTION SUMMARY

| TRANS DATE | POST DATE | DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDIT |
|---|---|---|---|---|---|
| 03/02 | 03/06 | PAYMENT - THANK YOU | 3030202200600103 15885701 | | $56.00 |
| 03/13 | 03/14 | CHECK BY PHONE PAYMENT | 00000000000031306428890 | | $935.93 |
| 03/27 | 02/27 | OVERLIMIT CHARGE ASSESSMENT | 10000000000000000 175820 | $28.00 | |
| 03/13 | 03/14 | CHECK BY PHONE FEE (ACH) | 00000000000031306428890 | $7.50 | |

## PERIODIC FINANCE CHARGE SUMMARY

| | Balance Subject To Finance Charge/ Average Daily Balance | Daily Periodic Rate* | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $0.00 | .05180% | 28 | $0.00 | 18.90% |
| CASH ADVANCES | $0.00 | .05180% | 28 | $0.00 | 18.90% |
| PURCHASES | $0.00 | .05180% | 28 | $0.00 | 18.90% |

ANNUAL PERCENTAGE RATE**   0.000%

*PERIODIC RATE MAY VARY
**May be higher than nominal Annual Percentage Rate if statement includes misc. finance charges.

✓ MAIL PAYMENTS TO:
BANKCARD SERVICES
PO BOX 4155
CAROL STREAM, IL 60197-4155

☎ QUESTIONS?
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-803-293-4037
ESPANOL 1-803-293-4894

✉ MAIL INQUIRIES TO:
BANKCARD SERVICES
PO BOX 60044
SALINAS, CA 93912-0044

NOTICE: See Reverse Side for important information

110246 16       G       STMT06   D              00011961    HDS2

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

HOUSEHOLD BANK                                        5407 9150 0170 4748

| New Balance | $0.00 | | |
| Payment Due Date | 04/11/02 | Minimum Payment Due | $0.00 |

Make checks payable to Household Credit Services. Please write your account number on your check. Do not fold, staple or clip. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

Amount Enclosed    $

JOHN FUTCH
PO BOX 14552
SAVANNAH GA 31416-1552

BANKCARD SERVICES
PO BOX 4155
CAROL STREAM IL 60197-4155

5407915001704748000000000000000007

CTMT2106 (3/02)

# Household Bank®



www.hbcard.com

| ACCOUNT SUMMARY | | MINIMUM PAYMENT SUMMARY | | BALANCE SUMMARY | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | 5407-9150-0170-4748 | PAST DUE AMOUNT | $0.00 | PREVIOUS BALANCE | $366.43 |
| CASH CREDIT LINE* | $300 | | | PAYMENTS/CREDITS − | $561.93 |
| CASH LINE AVAILABLE | $300 | CURRENT PAYMENT + | $0.00 | PURCHASES/DEBITS + | $36.50 |
| TOTAL CREDIT LINE | $300 | | | LATE PAYMENT CHARGE + | $0.00 |
| TOTAL CREDIT LINE AVAILABLE | $300 | TOTAL MINIMUM PAYMENT DUE + | $0.00 | MISC. FINANCE CHARGE + | $0.00 |
| CLOSING DATE | 03/17/02 | PAYMENT DUE DATE | 04/11/02 | FINANCE CHARGE + | $0.00 |
| | | | | NEW BALANCE = | $0.00 |

*Cash Credit Line is a portion of the Total Credit Line

## TRANSACTION SUMMARY

| TRANS DATE | POST DATE | DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDIT |
|---|---|---|---|---|---|
| 03/02 | 03/06 | PAYMENT - THANK YOU | 50700020080010013396701 | | $56.00 |
| 03/13 | 03/14 | CHECK BY PHONE PAYMENT | 00000000000031306429688 | | $535.93 |
| 02/27 | 02/27 | OVERLIMIT CHARGE ASSESSMENT | 10000000000000000172920 | $29.00 | |
| 03/13 | 03/14 | CHECK BY PHONE FEE (ACH) | 00000000000031306429690 | $7.50 | |

## PERIODIC FINANCE CHARGE SUMMARY

| | Balance Subject To Finance Charge/ Average Daily Balance | Daily Periodic Rate* | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $0.00 | .05180% | 28 | $0.00 | 18.90% |
| CASH ADVANCES | $0.00 | .05180% | 28 | $0.00 | 18.90% |
| PURCHASES | $0.00 | .05180% | 28 | $0.00 | 18.90% |

ANNUAL PERCENTAGE RATE** 0.000%

*PERIODIC RATE MAY VARY
**May be higher than nominal Annual Percentage Rate if statement includes misc. finance charges.

✔ MAIL PAYMENTS TO:
BANKCARD SERVICES
PO BOX 4155
CAROL STREAM, IL 60197-4155

☎ QUESTIONS?
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-290-4037
ESPAÑOL 1-800-290-4834

✉ MAIL INQUIRES TO:
BANKCARD SERVICES
PO BOX 80084
SALINAS , CA 93912-0084

NOTICE: See Reverse Side for important information

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| New Balance | $0.00 | | |
|---|---|---|---|
| Payment Due Date | 04/11/02 | Minimum Payment Due | $0.00 |

Make checks payable to Household Credit Services. Please write your account number on your check. Do not fold, staple or clip. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

Amount Enclosed  $

JOHN PUTCH
PO BOX 14552
SAVANNAH GA 31416-1552

BANKCARD SERVICES
PO BOX 4155
CAROL STREAM IL 60197-4155

5407915001704748000000000000000007

STMT210A (2/02)

# Household Bank®

www.hbcard.com



## IMPORTANT INFORMATION

Occasionally cardmembers have difficulty reading the Customer Service phone number printed on the back of their credit card. Please take a moment to compare the Customer Service phone number on this statement with the number on the back of your card and keep a record of the phone number on this statement if the number on the back of your card is illegible.

## CARDMEMBER NEWS

Claim your Cardmember Reward today! As a valued Cardmember, you are entitled to receive a fine Lenox China Bud Vase.   See the enclosed letter for your Reward Certificate.

---

✓ **MAIL PAYMENTS TO:**
BANKCARD SERVICES
PO BOX 4188
CAROL STREAM , IL 60197-4188

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-503-293-4027
ESPAÑOL 1-503-293-4834

✉ **MAIL INQUIRIES TO:**
BANKCARD SERVICES
PO BOX 80081
SALINAS , CA 93912-0084

NOTICE: See Reverse Side for Important Information

110248 18       0       STMT08  0                                    00011961       HD62

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT· To Assure Proper Credit Please Write Your Account Number On Your Check

| | | |
|---|---|---|
| New Balance | $0.00 | |
| Payment Due Date | 04/11/02 | Minimum Payment Due | $0.00 |

Make checks payable to Household Credit Services. Please write your account number on your check. Do not fold, staple or clip. Do not send cash. Please send your payment 7 to 10 days prior to the payment due date to ensure timely delivery.

Amount
Enclosed          $

JOHN FUTCH
PO BOX 14552
SAVANNAH GA 31416-1552

BANKCARD SERVICES
PO BOX 4188
CAROL STREAM IL 60197-4188

5407915001704748000000000000000007

## Jill Hood

| | |
|---|---|
| From: | "Boevers, Sue" <SBoevers@rustconsulting.com> |
| To: | "Jill Hood" <JHood@LinkLine.COM> |
| Sent: | Monday, February 13, 2006 7:50 AM |
| Subject: | RE: Shea v. Household |

We have a invalid form on file, no documents were attached to support the claim.

-----Original Message-----
**From:** Jill Hood [mailto:JHood@LinkLine.COM]
**Sent:** Tuesday, February 07, 2006 10:40 AM
**To:** Boevers, Sue
**Subject:** Shea v. Household

Dear Sue:
Can you please check on the status of the following claim:
John Randall Futch
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

Thank you.

Jill Hood, Paralegal
STRANGE & CARPENTER
12100 Wilshire Blvd., Suite 1900
Los Angeles, California 90025
(310) 207-5055

2/13/2006

**STRANGE & CARPENTER**
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

lacounsel@earthlink.net
www.strangeandcarpenter.com

FILE NO.

January 25, 2007

<u>**VIA U.S. MAIL**</u>                                                       <u>**LEGAL MAIL**</u>

John Randall Futch 08700-021
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

Re:     <u>**Shea, et al. v. Household Bank (SB), National Association Class Action**</u>
        <u>**Settlement**</u>

Dear Mr. Futch:

Thank you for contacting our office regarding the above-referenced class action
settlement. We are pleased to inform you that the automatic credit portion of the
distribution to qualified accounts has taken place. Qualified accounts with balances
received a credit to the account. For qualified class members who will be receiving a
settlement check by mail, those checks are expected to be mailed next week, and
expected to be completed by January 31, 2007. For accounts that did not receive an
automatic credit, but qualify for a recovery of less than $1.00, the recovery will be
donated as a *cy pres* award to a designated charity as ordered by the Court, unless the
class member requested the recovery by calling a toll free number at the time notice was
sent. The recovery per account varies depending on the activity of each account. We do
not have the amounts of each class member's recovery. There are over 22.3 million
accounts that qualified for a finance charge award; almost 3.3 million accounts that
qualified for a late fee award; and over 1,400 accounts that qualified for a overlimit fee
claim.

Please feel free to contact our office with any further questions.

Very truly yours,

STRANGE & CARPENTER

Jill Hood
Paralegal

/jh

**STRANGE & CARPENTER**
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 207-5055
FACSIMILE (310) 826-3210

FILE NO. _____

lacounsel@earthlink.net
www.strangeandcarpenter.com

February 16, 2007

<u>**VIA U.S. MAIL**</u>                                                    <u>**LEGAL MAIL**</u>

John Randall Futch 08700-021
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

    Re:   <u>**Shea, et al. v. Household Bank (SB), National Association Class Action
Settlement**</u>

Dear Mr. Futch:

    This will respond to your January 25, 2007 letter regarding the above-referenced
class action settlement. The claim administrator received your claim form. However,
you did not submit the required supporting documentation and your claim form was
therefore deemed invalid. Thus, your account did not qualify for a refund and a
settlement check was not mailed to you. Please feel free to contact our office with any
further questions.

            Very truly yours,

            STRANGE & CARPENTER

            Brian R. Strange

/jh

February 22, 2007


Brian Strange
Attorney At Law
Strange & Carpenter
12100 Wilshire Boulevard, 19th Floor
Los Angeles, California 90025

**VIA U.S. LEGAL MAIL**

     Re:  Shea,et al.v. Household Bank (SB), National Association
              Class Action Settlement

Dear Mr. Strange:

    I am once again writing with regards to the above matter.

    As you are aware, I have sent numerous correspondence to your office. In addition, I have made every attempt, to get paid in the above-referenced action.

    As of this date, I have yet to receive anything from the settlement administrator. In which, has left me no other kind of alternative.

    Enclosed please find a complaint file with regards to the fact, I have yet to receive any payments. I have also included a statement from my account whereas theres proof of late fee's etc.

    Once again, if and when your office elects to contact the settlement administrator payments can be sent to:

               John R. Futch 08700-021
               Bureau of Prisons
               P.O. Box 474701
               Des Moines 50947

    Thank you I await your reply.

I am,

                        Sincerely,

                        John Randall Futch

JRF-jf


c: California State Bar

**STRANGE & CARPENTER**
ATTORNEYS AT LAW
12100 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90025
TELEPHONE (310) 807-2055
FACSIMILE (310) 826-3210

FILE NO. _____

lacounsel@earthlink.net
www.strangeandcarpenter.com

March 2, 2007

<u>**VIA U.S. MAIL**</u>

<u>**LEGAL MAIL**</u>

John Randall Futch 08700-021
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555-5000

Re:   <u>Shea, et al. v. Household Bank (SB), National Association Class Action
Settlement</u>

Dear Mr. Futch:

This will respond to your February 22, 2007 letter regarding the above-referenced
class action settlement. The claim administrator received your claim form. However, the
claim form was deemed invalid because you did not submit the required supporting
documentation. You will not be receiving a settlement check because either your account
did not qualify for settlement recovery or your recovery was less than $1.00 and will be
donated as a *cy pres* award to a designated charity as ordered by the Court. In order to
have redeemed any recovery of less than $1.00, you would of had to call a toll free
number and request such at the time notice was sent in 2004. Please feel free to contact
our office with any further questions:

Very truly yours,

STRANGE & CARPENTER

Brian R. Strange

/jh

**STRANGE & CARPENTER**

ATTORNEYS AT LAW

12100 WILSHIRE BOULEVARD, 19TH FLOOR

LOS ANGELES, CALIFORNIA 90025

TELEPHONE (310) 207-5055

FACSIMILE (310) 826-3210

FILE NO. _____

lacounsel@earthlink.net

www.strangeandcarpenter.com

March 5, 2007

<u>**VIA U.S. MAIL**</u>                                                          <u>**LEGAL MAIL**</u>

John Randall Futch 08700-021
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555-5000

Re:   <u>**Shea, et al. v. Household Bank (SB), National Association Class Action**</u>
      <u>**Settlement**</u>

Dear Mr. Futch:

This will respond to your February 26, 2007 letter regarding the above-referenced
class action settlement. My letters to you dated January 25, 2007 and February 16, 2007
do not contradict one another and are not misleading. My January 25, 2007 letter sets
forth information for accounts that may qualify for settlement recovery. That letter does
not state that your account qualified for settlement payment. My February 16, 2007 letter
states the same as my March 2, 2007 letter to you, your claim form was deemed invalid
because you did not submit the required supporting documentation *with* your claim form.
Although you enclose a copy of your credit card statement with your February 26, 2007
letter, the deadline to submit a claim form and the required documentation was
November 18, 2004. It is too late to submit a copy of your credit card statement.

Your February 26, 2007 letter states you are waiting for the settlement
administrator's address. The settlement administrator's address was in the notice and is
as follows: Household Claims Administrator, P.O. Box 1712, Faribault, MN 55021-1712.

Please feel free to contact our office with any further questions.

Very truly yours,

STRANGE & CARPENTER

Brian R. Strange

/jh

IN THE ____State____ COURT OF ____Chatham____ COUNTY

STATE OF GEORGIA

| | |
|---|---|
| John Randall Futch | ) |
| _____Plaintiff,_____ | ) |
| | ) |
| v. Household Bank | ) |
| Rust Consulting, Inc. | ) CIVIL ACTION NO. __STCV 0 7 0 1 7 4 8__ |
| Brian Strange. | ) |
| _____Defendant._____ | ) |

### AFFIDAVIT OF POVERTY

Personally appeared before an authority duly authorized to administer oaths, the undersigned, who being put upon oath, deposes and says that:

1. He/She is the (Plaintiff/Defendant) in the foregoing action.

2. He/She is financially indigent and is without adequate financial resources to pay the costs of this action.

3. That without being able to proceed in forma pauperis he/she will not be able to pursue this action.

The foregoing statements are true and made under oath and penalty of perjury if untrue.

_____
Signature of Plaintiff/Defendant

Sworn to and subscribed before me this

8 day of March 2007

_____
Notary Public

OFFICIAL SEAL 3/8/07
Sandra L. Tudela
Notary Public, State of Illinois
My Commission Expires 02/10/2010

# In The State Court of Chatham County, Georgia

133 MONTGOMERY STREET, SUITE 308,   SAVANNAH, GEORGIA 31401

www.statecourt.org · Phone (912) 652-7224 · FAX (912) 652-7229 · clerk@statecourt.org

John Randall Futch

_____

_____

_____

_____ **Plaintiff**

**Vs**

Household Bank

_____

Rust Consulting, Inc.

_____

Brian Strange

_____

_____ **Defendant**

Counsel or Party Counsel or Party

STCV **0 7 0 1 7 4 8**

Case Number

RECEIVED FOR FILING
STATE COURT OF CHATHAM
2007 MAY -1  PM 4: 17

## CERTIFICATION UNDER RULE 3.2

Pursuant to rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that no case has heretofore been filed in the State Court of the Eastern Judicial Circuit involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This **13th** day of **March** , 200 **7**

_____
Counsel or Party

## OR

Pursuant to Rules 3.2 and 3.4 of the Uniform Superior Court Rules and Local Rule # _____ of the Eastern Judicial Circuit of Georgia, I hereby certify that this petition-pleading involves substantially the same parties or substantially the same factual issues as in Case # _____

_____ VS _____
Plaintiff                                                              Defendant

Filed in The Eastern Judicial Circuit of Georgia which under Rule 3.2 of the Superior Court rules require the petition-pleading, be specifically assigned to the Judge whom the original action was or is assigned.

_____
Counsel or Party

**PRINT**

7. Certification under rule 3.2   09-05

# In The State Court of Chatham County, Georgia

133 MONTGOMERY STREET, SUITE 308,   SAVANNAH, GEORGIA 31401

www.statecourt.org * Phone (912) 652-7224 * FAX (912) 652-7229 * clerk@statecourt.org

John Randall Futch

_____ Plaintiff

Vs

Household Bank

Rust Consulting, Inc.

Brian Strange

_____ Defendant

**STCV 0 7 0 1 7 4 8**

Case Number

2007 MAY -1 PM 4: 22
RECEIVED FOR FILING
STATE COURT C1 PR
CHATHAM COUNTY

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:   Brian Strange

Defendant's Address   12100 Wilshire Blvd., 19th Floor, Los Angeles, CA 90025

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:   John Randall Futch 08700-021
FCI Pekin, P.O. Box 5000, Pekin IL 61555-5000

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This 1ST day of May, 2007

Deputy Clerk, State Court of Chatham County Georgia

CLERK OF COURT

State Court of Chatham County

BRIAN K. HART, CLERK
STATE COURT ROOM 308
CHATHAM COUNTY COURTHOUSE
SAVANNAH, GEORGIA 31401

Not valid until signed by a Deputy Court Clerk, above

27.Summons

# In The State Court of Chatham County, Georgia

133 MONTGOMERY STREET, SUITE 308,   SAVANNAH, GEORGIA 31401

www.statecourt.org * Phone (912) 652-7224 * FAX (912) 652-7229 * clerk@statecourt.org

John Randall Futch

_____

_____

_____ Plaintiff

Vs

Household Bank

Rust Consulting, Inc.

Brian Strange

_____ Defendant

**STCV 07 01748**

Case Number _____

2007 MAY - 1  PM 4: 18

RECEIVED FOR FILING
STATE COURT [illegible]
[illegible]

## SUMMONS

Rust Consutling, Inc.

TO THE ABOVE NAMED DEFENDANT:

Defendant's Address _____ 625 Marquette Avenue, Suite 880, Minneapolis, MN 55402

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney,
whose name and address is:   John Randall Futch 08700-021, FCI Pekin
P.O. Box 5000, Pekin, Illinois 61555-5000

_____

_____ an

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded
in the complaint.

This __1st__ day of __May__, 200__7__

_____
Deputy Clerk, State Court of Chatham County Georgia

_____
**CLERK OF COURT**
*State Court of Chatham County*

BRIAN K. HART, CLERK
STATE COURT ROOM 308
CHATHAM COUNTY COURTHOUSE
SAVANNAH, GEORGIA 31401

Not valid until signed by a Deputy Court Clerk, above

27.Summons

# In The State Court of Chatham County, Georgia

133 MONTGOMERY STREET,  SUITE 308,   SAVANNAH, GEORGIA 31401

www.statecourt.org  *  Phone (912) 652-7224  *  FAX (912) 652-7229  *  clerk@statecourt.org

John Randall Futch

_____

_____

_____ **Plaintiff**

**Vs**

Household Bank

Rust Consulting, Inc.

Brian Strange

_____ **Defendant**

**STCV0701748**

**Case Number** _____

RECEIVED FOR FILING
STATE COURT OF CHATHAM
2007 MAY -1  PM 4:17

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:_____ Household Bank

Defendant's Address ____ 1301 E. Tower Road, Schaumburg, IL 60173

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:      John Randall Futch 08700-021
FCI Pekin, P.O. Box 5000, Pekin, IL 61555-5000

_____

_____ **an**
answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

This _1st_ day of _May_ , 200_7_

_____

Deputy Clerk, State Court of Chatham County Georgia

_____

**CLERK OF COURT**
**State Court of Chatham County**

BRIAN K. HART, CLERK
STATE COURT ROOM 308
CHATHAM COUNTY COURTHOUSE
SAVANNAH, GEORGIA 31401

Not valid until signed by a Deputy Court Clerk, above.

27.Summons

# IN THE STATE COURT OF CHATHAM COUNTY

## STATE OF GEORGIA

JOHN RANDALL FUTCH,   )
         )
   Plaintiff,    )
         )  $STCV07-01748\ GI$
vs.          )  CIVIL ACTION NO:
         )
HOUSEHOLD BANK, RUST  )
CONSULTING, INC. and   )
BRIAN STRANGE,    )
         )
   Defendants.   )
         )

## ORDER ON PLAINTIFF'S PRO SE FILING AND REQUEST TO PROCEED IN FORMA PAUPERIS

In accordance with O.C.G.A. § 9-15-2(d) and 42-12-5(b), the Court has examined the Plaintiff's petition for civil action and request to proceed in forma pauperis. Based upon the Court's review, it cannot be said "that the pleading shows on its face such a complete absence of any justiciable issue of law or fact that it cannot be reasonably believed that the court could grant any relief against any party named in the pleading." O.C.G.A. § 9-15-2(d). Said complaint is therefore APPROVED for filing.

The Clerk is hereby ordered to file the same. Further, the Clerk shall insure that the Plaintiff provides all required forms for filing and shall furnish the Sheriff with sufficient copies for service.

In addition, after having reviewed the Plaintiff's request to proceed in forma pauperis and the accompanying affidavit, said request is DENIED. Notice is hereby given that this civil action will be dismissed without prejudice if the filing fees are not paid within thirty (30) days of the date of this order.

SO ORDERED this _p̲s̲t̲_ day of _May_____, 2007.


_H. Gregory Fowler_
H. Gregory Fowler, Judge
State Court of Chatham County, Georgia

c:      John Randall Futch, Plaintiff
        Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

JOHN RANDALL FUTCH     :

        Plaintiff,     :

                      :    Case No. **STCV 0 7 0 1 7 4 8**

       v.              :

                      :

HOUSEHOLD BANK      :
RUST CONSULTING, INC.
BRIAN STRANGE       :

        Defendants.    :

                      :

2007 MAY -1 PM 4:22  RECEIVED FOR FILING STATE COURT CLERK

## MOTION FOR SERVICE OF SUMMONS
## AND COMPLAINT OUTSIDE STATE

NOW COMES John Randall Futch, (Plaintiff) herein and files this "Motion For Service of Summons Outside of State" as follows:

1.  This action is for fraud, as is more fully shown in the Complaint attached hereto.

2.  The Defendant "Brian Strange" is located and can be served at 12100 Wilshire Boulevard, 19th Floor, Los Angeles, California 90025.

3.  The period of thirty days is reasonable within which the Defendant (Brian Strange) should be required by summons served upon them to answer and appear to defend this action.

WHEREFORE ALL THE REASONS this plaintiff prays that this Court issue an order demanding the same.

This 13ᵗʰ day of _____ March _____ , 2007.

BY: _____
       John Randall Futch

IN THE STATE COURT OF CHATHTAM COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| JOHN RANDALL FUTCH | : | |
| Plaintiff, | : | Case No. STCV 0 7 0 1 7 4 8 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| HOUSEHOLD BANK | : | |
| RUST CONSULTING, INC. | : | |
| BRIAN STRANGE | : | |
| Defendants. | : | |
| | : | |

## MOTION FOR SERVICE OF SUMMONS
## AND COMPLAINT OUTSIDE STATE

NOW COMES John Randall Futch, (Plaintiff) herein and files this "Motion For Service of Summons Outside of State" as follows:

1.   This action is for fraud, as is more fully shown in the Complaint attached hereto.

2.   The Defendant "Rust Consulting, Inc." is located and can be served at 625 Marquette Avenue, Suite 880, Minneapolis, MN 55402.

3.   The period of thirty days is reasonable within which the Defendant (Rust Consulting, Inc.) should be required by summons served upon them to answer and appear to defend this action.

WHEREFORE ALL THE REASONS this plaintiff prays that this Court issue an order demanding the same.

This 13th day of _____March_____, 2007.

BY: _____
John Randall Futch

IN THE STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

JOHN RANDALL FUTCH      :

         Plaintiff,     :      Case No. **STCV 0 7 0 1 7 4 8**

                         :

    v.                    :

Household Bank           :
Rust Consulting, Inc.    
Brian Strange            :

         Defendants.     :

                         :

## MOTION FOR SERVICE OF SUMMONS AND COMPLAINT OUTSIDE STATE

NOW COMES John Randall Futch, (Plaintiff) herein and files this "Motion For Service of Summons Outside of State as follows:

1. This action is for fraud, as is more fully shown in the Complaint attached hereto.

2. The Defendant "Household Bank" is located and can be served at 1301 E. Tower Road, Schaumburg, IL 60173.

3. The period of thirty days is reasonable within which the Defendant (Household Bank) should be required by summons served upon them to answer and appear to defend this action.

WHEREFORE ALL THE REASONS this plaintiff prays that this Court issue an order demanding the same.

This 13th day of _____ March _____ ,2007.

BY: _____
         John Randall Futch

*General Civil Case Filing Information Form (Non-Domestic) gasccc-03*

**Court**
☐ Superior
☑ State

**County** CHATHAM

**Docket #** STCV 07-01748

**Date Filed** 05/01/2007
MM-DD-YYYY

**Plaintiff(s)**
FUTCH JOHN R.

| Last | First | Middle I. Suffix Prefix | Maiden |

| Last | First | Middle I. Suffix Prefix | Maiden |

| Last | First | Middle I. Suffix Prefix | Maiden |

| Last | First | Middle I. Suffix Prefix | Maiden |

**No. of Plaintiffs** 1

**Plaintiff/Petitioner's Attorney**   ☑ Pro Se

| Last | First | Middle I. Suffix |

**Bar #** _____

**Defendant(s)**
HOUSEHOLD BANK

| Last | First | Middle I. Suffix Prefix | Maiden |

RUST CONSULTING, INC.

| Last | First | Middle I. Suffix Prefix | Maiden |

STRANGE  BRIAN

| Last | First | Middle I. Suffix Prefix | Maiden |

| Last | First | Middle I. Suffix Prefix | Maiden |

**No. of Defendants** 3

---

### Check Primary Type (Check only ONE)

☐ Contract/Account

☐ Wills/Estate

☐ Real Property

☐ Dispossessory/Distress

☐ Personal Property

☐ Equity

☐ Habeas Corpus

☐ Appeals, Reviews

☐ Post Judgment Garnishment, Attachment, or Other Relief

☐ Non-Domestic Contempt

☐ Tort (If tort, fill in right column)

☑ Other General Civil Specify  FRAUD

### If Tort is Case Type:
(Check no more than TWO)

☐ Auto Accident

☐ Premises Liability

☐ Medical Malpractice

☐ Other Professional Negligence

☐ Product Liability

☐ Other Specify _____

_____

**Are Punitive Damages Pleaded?** ☑ Yes ☐ No

15. General Civil Case Filing Information Form (Non-Domestic) 09-05

RECEIVED FOR FILING
STATE COURT CLERK

IN THE STATE COURT OF CHATHAM COUNTY **2007 MAY 24  AM 10: 27**
STATE OF GEORGIA

*Brian N. Hart*

JOHN RANDALL FUTCH,                    :

        Plaintiff,                    :        Civil Action No. STCV07-01748-GI

                            :

v.                    :

                            :

HOUSEHOLD BANK
RUST CONSULTING, INC.                    :
BRIAN STRANGE,                    :        MOTION FOR RECONSIDERATION
                                           TO PROCEED IN FORMA PAUPERIS
        Defendants.                    :        WITH A CORRECTED AFFIDAVIT

                            :

_____

    COMES NOW John Randall Futch (Plaintiff) herein and files
this it's "Motion For Reconsideration To Proceed In Forma Pauperis
With a Corrected Affidavit" and says the following:

    (1)   Plaintiff has submitted a corrected affidavit
pursuant to 42-12-5 and the clerks request (Mr. Hart).

    (2)   Plaintiff says that his complaint is with good
cause.

    (3).  Plaintiff says that if he cannot proceed with
his motion being granted it will cause irreparable injury.

    WHEREFORE ALL THE REASONS Plaintiff moves this Court
for an ORDER that he be allowed to proceed in forma pauperis.

    This 20 day of ____Apr. 1____,2007.

BY: _____
        John Randall Futch

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

John Randall Futch
Petitioner

08700-021
Inmate Number

Civil Action No._____

vs.

Household Bank
Rust Consulting Inc.
Brian Strange
Respondent

## REQUEST TO PROCEED IN FORMA PAUPERIS

I,__John Randall Futch____,depose and say that I am the plaintiff
in the above entitled case; that in support of my request to proceed
without being required to prepay fees, cost or give security therefor;
that I believe I am entitled to redress.

I further swear that the responses which I have made to questions
and instructions below are true.

1. Are you presently employed?   no

2. Have you received within the past twelve months any money
   from any other sources?

   Business, profession or form of self-employment?   no

   Pensions, annuities or life insurance payments?   no

   Rent payments, interest or dividends?   no

   Gifts or inheritances?   no

   Any other sources?   Mother   yes

3. Do you own any cash or do you have money in a checking or
   savings account? (Include funds in prison accounts)

                                        $6.92

(1)

## CERTIFICATE OF SERVICE

I have this day deposited a true copy of the same "Motion For Reconsideration To Proceed In Forma Pauperis With a Corrected Affidavit into the U.S. mail with adequate postage to:

Household Bank
P.O. Box 3198
Salias, CA 90136

Rust Consulting
P.O. Box 7750
Fairbault, MN 55387

Brian Strange
12100 Wilshire Blvd.
Los Angeles, CA 90025

This ___ day of _____ April _____ , 2007.


BY: _____
    John Randall Futch

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO, GA

**IN THE STATE COURT OF CHATHAM COUNTY**
**STATE OF GEORGIA**                    2007 JUN -7 PM 3: 06

| | |
|---|---|
| JOHN RANDALL FUTCH, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )     CIVIL ACTION NO: STCV0701748-GI |
| HOUSEHOLD BANK, RUST | ) |
| CONSULTING, INC. and | ) |
| BRIAN STRANGE, | ) |
| Defendants. | ) |

### ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION ON HIS REQUEST TO PROCEED IN FORMA PAUPERIS

Pending before the Court is the Plaintiff's Motion for Reconsideration to Proceed in

Forma Pauperis. In accordance with O.C.G.A. § 9-15-2 and 42-12-5, the Court has

examined the Plaintiff's request to proceed in forma pauperis and affidavit of indigency.

Based upon the Court's review of the Plaintiff's request to proceed in forma pauperis

and the accompanying affidavit, and it appearing that the pauper's affidavit is proper, said

request is GRANTED. The Clerk is hereby ordered to allow the Plaintiff to proceed in forma

pauperis. The Clerk shall insure that the Plaintiff provides all required forms for filing and

shall furnish the Sheriff with sufficient copies for service.

Plaintiff is hereby notified that the approval to proceed in forma pauperis shall not

prevent the freezing of a prisoner's inmate account nor the forwarding of any future

deposits into that account to the Court in accordance with the provisions of the Prison

Litigation Reform Act, O.C.G.A. § 42-12-1 et seq.

SO ORDERED this 7th day of _____June_____, 2007.

H. Gregory Fowler, Judge
State Court of Chatham County, Georgia

c:      Plaintiff
        Clerk of Court

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

JOHN RANDALL FUTCH,                       )
                                          )
        Plaintiff,                        )
                                          )
    vs.                                   )        Civil Action No. STCV0701748GI
                                          )
HOUSEHOLD BANK,                           )
RUST CONSULTING, INC., and                )
BRIAN STRANGE,                            )
                                          )
        Defendants.                       )

## ORDER

Having considered Plaintiff John Randall Futch's Motion for Service of Summons and

Complaint outside of State, this Court **HEREBY ORDERS** that Defendant Brian Strange be served

with a copy of the summons and complaint in the above-captioned case in the same manner as

service is made within the State of Georgia, by any person authorized to make service by the laws

of the State of California or by any duly qualified attorney in the State of California.

    **SO ORDERED,** this *19* day of June, 2007.

                                    _____
                                    Judge Ronald E. Ginsberg
                                    State Court of Chatham County

cc:     John Randall Futch, Pro Se

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

JOHN RANDALL FUTCH,                )
                                   )
        Plaintiff,                 )
                                   )
    vs.                            )        Civil Action No. STCV0701748GI
                                   )
HOUSEHOLD BANK,                    )
RUST CONSULTING, INC., and         )
BRIAN STRANGE,                     )
                                   )
        Defendants.                )

## ORDER

Having considered Plaintiff John Randall Futch's Motion for Service of Summons and

Complaint outside of State, this Court **HEREBY ORDERS** that Defendant Household Bank be

served with a copy of the summons and complaint in the above-captioned case in the same manner

as service is made within the State of Georgia, by any person authorized to make service by the laws

of the State of Illinois or by any duly qualified attorney in the State of Illinois.

**SO ORDERED,** this _19_ day of June, 2007.


                                        _____
                                        Judge Ronald E. Ginsberg
                                        State Court of Chatham County

cc:    John Randall Futch, Pro Se

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

JOHN RANDALL FUTCH,                    )
                                       )
        Plaintiff,                     )
                                       )
    vs.                                )    Civil Action No. STCV0701748GI
                                       )
HOUSEHOLD BANK,                        )
RUST CONSULTING, INC., and             )
BRIAN STRANGE,                         )
                                       )
        Defendants.                    )

## ORDER

Having considered Plaintiff John Randall Futch's Motion for Service of Summons and

Complaint outside of State, this Court **HEREBY ORDERS** that Defendant Rust Consulting, Inc.

be served with a copy of the summons and complaint in the above-captioned case in the same

manner as service is made within the State of Georgia, by any person authorized to make service by

the laws of the State of Minnesota or by any duly qualified attorney in the State of Minnesota.

**SO ORDERED,** this /8ᵗʰ day of June, 2007.

Judge Ronald E. Ginsberg
State Court of Chatham County

cc:    John Randall Futch, Pro Se

# THE STATE COURT OF CHATHAM COUNTY

**Brian K. Hart, Court Administrator**
**Room 308, Chatham County Courthouse**
**133 Montgomery Street**
**Savannah, Georgia 31401**
**(912) 652-7224**

June 20, 2007

Thomas Dart, Sheriff
1401 Maybrook Drive
Maybrook, IL 60153

        Re:   John Randall Futch
                Vs
                Household Bank, Rust Consulting, and Brian Strange
                Civil Action No.  STCV07-01748GI

Please perfect service of the second original in the above case on:

      **HOUSEHOLD BANK**
      **1301 EAST TOWER ROAD**
      **SCHAUMBURG, IL 60173**

Please note service on the second original copy enclosed along with sheriff's entry of service and return to this office.  No service fee is enclosed, as Judge Fowler, Chief Judge of State Court, allowed the plaintiff to proceed *in forma pauperis*.

Thank you for your assistance.

                        Very truly yours,

                        Ann Beall Galletta
                        Deputy Court Administrator

Enclosures

# THE STATE COURT OF CHATHAM COUNTY

**Brian K. Hart, Court Administrator**
**Room 308, Chatham County Courthouse**
**133 Montgomery Street**
**Savannah, Georgia 31401**
**(912) 652-7224**

June 20, 2007

Hennepin County Sheriff
Patrick D. McGowan
350 South Fifth Street, Room 6
Minneapolis, MN 55415

        Re:    John Randall Futch
                 Vs
                 Household Bank, Rust Consulting, and Brian Strange
                 Civil Action No.  STCV07-01748GI

Please perfect service of the second original in the above case on:

        **RUST CONSULTING, INC.**
        **625 MARQUETTE AVENUE**
        **SUITE 880**
        **MINNEAPOLIS, MN 55402**

Please note service on the second original copy enclosed along with sheriff's entry of service and return to this office.  No service fee is enclosed, as Judge Fowler, Chief Judge of State Court, allowed the plaintiff to proceed *in forma pauperis.*

Thank you for your assistance.

        Very truly yours,

        Ann Beall Galletta
        Deputy Court Administrator

Enclosures

# THE STATE COURT OF CHATHAM COUNTY

**Brian K. Hart, Court Administrator**
**Room 308, Chatham County Courthouse**
**133 Montgomery Street**
**Savannah, Georgia 31401**
**(912) 652-7224**

June 20, 2007

Marilyn Baker, Captain
5019 East Third Street
Los Angeles, CA 90022

      Re:    John Randall Futch
            Vs
            Household Bank, Rust Consulting, and Brian Strange
            Civil Action No.  STCV07-01748GI

Please perfect service of the second original in the above case on:

      **BRIAN STRANGE**
      **12100 WILSHIRE BOULEVARD**
      **19TH FLOOR**
      **LOS ANGELES, CA 90025**

Please note service on the second original copy enclosed along with sheriff's entry of service and return to this office.  No service fee is enclosed, as Judge Fowler, Chief Judge of State Court, allowed the plaintiff to proceed *in forma pauperis*.

Thank you for your assistance.

              Very truly yours,

              Ann Beall Galletta
              Deputy Court Administrator

Enclosures

CPA 6403

**PERSONAL SERVICE, FOREIGN PROCESS**

452044

STATE OF MINNESOTA
COUNTY OF HENNEPIN

*STCV07-01748 GI*

JEFFERY J HAAS (88), being duly sworn, deposes and says, I am a citizen and resident of said County of Hennepin, State of Minnesota, over 21 years of age; not related to either of the within named parties, nor in any manner interested in said case; that I am a duly appointed, qualified and acting Deputy Sheriff of Hennepin County, Minnesota, that the hereto attached

EXHIBIT(S)
AFFIDAVIT OF POVERTY
SUMMONS AND COMPLAINT
CERTIFICATE UNDER RULE 3.2

came into my hands for service on the 25th day of June, 2007  09:50 AM, and that at the City of MINNEAPOLIS, County and State aforesaid, on the 26th day of June, 2007 11:30 AM, I duly served the above mentioned documents hereto attached upon the within named RUST CONSULTING INC at 625 MARQUETTE AVE  # 880 , MINNEAPOLIS, MN 55402  personally by then and there handing to, and leaving with said PAUL VOGEL, VICE PRESIDENT a true and correct copy thereof.

**RICHARD W. STANEK**
**HENNEPIN COUNTY SHERIFF**

By _____
JEFFERY J HAAS (88), Deputy Sheriff

Subscribed and sworn to before me this 27th day of June, 2007

Sheriff Fees:

| | |
|---|---|
| JURAT | $5.00 |
| NOTARY | $1.00 |
| SERVICE | $35.00 |
| TRAVEL | $1.20 |
| TOTAL: | $42.20 |

Notary Public, Hennepin County, Minnesota

**LINDA M. JOHNSON**
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

**Hennepin County Sheriff's Office**
**Patrick D. McGowan, Sheriff**

350 South Fifth Street
Accounting Division, Room 30
Minneapolis, MN, 55415

6/26/2007

**Invoice**                                452044

**OUT OF STATE (GA)**

STATE COURT OF CHATHAM COUNTY
ATTN: ANN BEALL GALLETTA
133 MONTGOMERY STREET # 308
SAVANNAH, GA 31401

| Index Number: | Completed: | Plaintiff: |
|---|---|---|
| 452044 | 06-26-2007 | JOHN RANDALL FUTCH |

**Type of Process:**
SUMMONS & COMPLAINT

**Defendant:**
HOUSEHOLD BANK

**Date Received:**
06/25/2007

| Description: | Amount: | Service Deposit: |
|---|---|---|
| JURAT | 5.00 | |
| NOTARY | 1.00 | |
| SERVICE | 35.00 | |
| TRAVEL | 1.20 | |
| Total | 42.20 | 0.00 |
| Amount Refunded: | | 0.00 |
| Amount Due: ( No Charge ) | | 0.00 |

**NOTICE**

1. Make checks payable to: Hennepin County Sheriff's Office.

2. Return this invoice with your remittance.

3. The Sheriff's records are filed according to the index number shown above. Please use this number for future reference.

4. For information pertaining to this billing, please call (612) 348-6205 or (612) 348-2485.

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO. GA

2007 JUL -6  AM 10: 50

IN THE STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

*Brian K. Hart*

JOHN RANDALL FUTCH,                :        Case No. STCV07-01748-GI

       Plaintiff,                       :

                          :

v.                                 :

                          :

HOUSEHOLD BANK,                     :        **NOTICE OF APPEAL**
RUST CONSULTING AND
BRIAN STRANGE,                     :

       Defendants.                      :

---

     COME NOW John Randall Futch (Plaintiff) herein and files
this "Notice of Appeal" and says the following:

     The plaintiff hereby appeals the ORDER dated June 7, 2007
to the Georgia Court of Appeals. Nothing shall be omitted from
the record.

     The issue on appeal is as follows:

     Plaintiff says that this Court lacks jurisdiction to notify
the plaintiff that his account at the Federal Bureau of Prisons
will be frozen pursuant to the Prison Litigation Act. Plaintiff
says there is not one thread of evidence to support any finding
whereas the State has jurisdiction to ORDER such. Plaintiff does
not consent.

This 25th day of _____ July _____, 2007.

                              John Randall Futch

## CERTIFICATE OF SERVICE

I have this day deposited a true copy of the same "Notice of Appeal" into the United States mail with adequate postage attached thereon  to:

Spencer Lawton, ADA
133 Montgomery Street
Savannah, Georgia 31401

This ___25th___ day of_____ June _____,2007.

BY: _____
John Randall Tutch

P.O. Box 5000
Pekin, Illinois 61555-5000

COUNTY OF LOS ANGELES
## SHERIFF'S DEPARTMENT
### COURT SERVICES DIVISION

**MEMO TO ATTORNEY OR LITIGANT**

Your process/document(s) are being returned to you for the reason(s) check below:
o   Written Instructions are:

- o   Required for service
- o   Incomplete
- o   Inadequate

- o   Not signed
- o   Not legible
- o   Signed by someone other than
      the Attorney of record or litigant (CCP § 488.030)

X   Fees:

- X   Deposit for fees are required in advance   *30:00*
- o   Insufficient amount, fees or deposit required $_____
- o   Remit fees by Money Order, Cashiers Check or Personal Check payable to the
      Sheriff's Department, Los Angeles County
      **NOTE: DO NOT SEND CASH THROUGH THE U.S. MAIL**
- o   A $_____ Notary Fee is required
- o   Witness Fees are quired, <u>made payable to the witness</u>, amount $_____
- o   Check is not signed or amounts differ or check is stale dated

o   Writ or Document is:

- o   Incomplete (#'s_____)
- o   Irregular on its face
- o   Not legible
- o   Directed to wrong County
- o   Writ has changes which are not initialed by the issuing clerk of the court
- o   Insufficient number of copies received, need _____ additional copies of the indicated document(s)
- o   Additional documents needed for proper service, see below or refer to the attached samples
- o   Per our telephone conversation
- X   Other:

EXPLANATION OF ABOVE:   *FEE WAIVER FROM the STATE*
*OF Georgia Does not*
*Cover service for California*

## PLEASE ENCLOSE THIS MEMO WHEN RESUBMITTING YOUR PROCESS FOR SERVICE

### MEMO TO GARNISHEE OR EMPLOYER

The attached document(s)\check number _____ in the amount of $_____ is being returned for the reason check
below:

- o   We have received a total release from the plaintiff or a court order releasing the funds.
- o   Unable to locate case number given, please provide a copy of the levy\order.
- o   Defendant has filed Bankruptcy: No._____ Chapter No._____ Date filed_____
- o   We have received judgment and costs on this case.
- o   Make checks payable to the Sheriff's Department, Los Angeles County
- o   Other:

Return to Address below:

LEROY D. BACA, SHERIFF

By:_____

Deputy . 725 MAIN STREET RM 114
SANTA MONICA. CA 90401

Date:   *7/12/07*

Memo To Atty-Litigant-Garnishee-Employer MA98012(2).WPD

TYPE LAW          SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS          DISTRICT 224

SHERIFF'S NUMBER 191302-001D CASE NUMBER STCV0701748 DEPUTY: _____ _Millu_ 3998

FILED DT 05-01-2007 RECEIVED DT 06-28-2007 DIE DT 07-13-2007 MULTIPLE SERVICE   1
DEFENDANT                                      ATTORNEY
HOUSEHOLD BANK                                 THE STATE COURT OF  CHATHAM CO
1301    TOWER RD        E11                     133 MONTGOMERY ST.
SCHAUMBURG IL 60173                            SAVANNAH GA. 31401
                                               912 652-7224

PLAINTIFF FUTCH, JOHN RANDALL

SERVICE INFORMATION: CF    STCV07-01748GT                    **FOREIGN**

****************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20 __ , IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME
...√.3 SERVICE ON:  CORPORATION ✓ COMPANY    BUSINESS    PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL ____

(B)  THOMAS J. DART, SHERIFF, BY: _____ _Millu_ 3998 _____ , DEPUTY

   1  SEX M/F  RACE W  AGE 55
   2  NAME OF DEFENDANT HOUSEHOLD BANK
      WRIT SERVED ON  A/R Jim Strathern
      THIS 13 DAY OF July , 2007 TIME 6 08 A.M./P.M.

ADDITIONAL REMARKS _____

****************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

   TYPE OF BLDG _____ Ofc                      ATTEMPTED SERVICES

NEIGHBORS NAME _____            DATE    TIME A.M./P.M.

      ADDRESS _____             _____  __:__ ____

         REASON NOT SERVED:              _____  __:__ ____
                          07 EMPLOYER REFUSAL
   __ 01 MOVED          __ 08 RETURNED BY ATTY    _____  __:__ ____
   __ 02 NO CONTACT     __ 09 DECEASED
   __ 03 EMPTY LOT      __ 10 BLDG DEMOLISHED     _____  __:__ ____
   __ 04 NOT LISTED     __ 11 NO REGISTERED AGT.
   __ 05 WRONG ADDRESS  __ 12 OTHER REASONS       _____  __:__ ____
   __ 06 NO SUCH ADDRESS __ 13 OUT OF COUNTY
                                                  _____  __:__ ____

FEE   .00   MILEAGE   .00   TOTAL   .00                    SG20



# THE STATE COURT OF CHATHAM COUNTY
### CHATHAM COUNTY COURTHOUSE
### ROOM 308
### SAVANNAH, GEORGIA 31401

BRIAN K. HART
COURT ADMINISTRATOR

PHONE NO. (912) 652-7224
FAX NO. (912) 652-7229

May 2, 2007

John Randall Futch, #08700-021
FCI Pekin
Post Office Box 5000
Pekin, Illinois 61555-5000

Dear Mr. Futch:

We have received your civil lawsuit styled *"John Randall Futch vs Household Bank, Rust Consulting, Inc., and Brian Strange."* (Civil Action Number STCV07-01748GI) You did not include with your civil lawsuit the Court's filing fee in the amount of $92.50 or fees incident to service of the lawsuit. In order to proceed as an indigent, Georgia law requires that you comply with O.C.G.A. § 42-12-5 [In Forma Pauperis Procedure; Contents and Service of Affidavit; Judicial Determinations]. The attorney or party filing the complaint will furnish the necessary service copies. On out of county services, the Court needs a second original and a copy of the second original for each service; a separate check to the sheriff for each service; and the address of the sheriff for each service.

A prisoner's affidavit of in forma pauperis must contain each of the following: 1) The prisoner's identity, including any and all aliases, and the prisoner's inmate number; 2) the nature and amount of any income as well as the source of that income; 3) real and personal property owned by the prisoner; and 4) cash and checking accounts held by the prisoner.

The affidavit must also contain the following sworn statement and the signature of the prisoner: "I, _____ do swear and affirm under penalty of law that the statements contained in this affidavit are true. I further attest that this application in forma pauperis status is not presented to harass or to cause unnecessary delay or needless increase in the costs of litigation."

Further, your affidavit must contain a copy of your prisoner's inmate account of the last twelve months or the period of your incarceration, whichever is less. You must serve the affidavit, including all attachments, on the Court and all named Defendants.

O.C.G.A. Section 42-12-5 paragraph (a) provides that the failure by the prisoner to comply with this subsection shall result in a dismissal without prejudice of the civil action.

Sincerely,

Brian K. Hart
Clerk of State Court



## THE STATE COURT OF CHATHAM COUNTY
### CHATHAM COUNTY COURTHOUSE
### ROOM 308
### SAVANNAH, GEORGIA 31401

**BRIAN K. HART**
COURT ADMINISTRATOR

PHONE NO. (912) 652-7234
FAX NO. (912) 652-7229

May 2, 2007

Superintendent
FCI Pekin
Federal Correctional Institution
Post Office Box 7000
Pekin, IL 61555

|  |  |
|---|---|
| RE:  Inmate: | JOHN RANDALL FUTCH |
| Inmate Number: | 08700-021 |
| Civil Action No.: | STCV07-01748GI |
|  | JOHN RANDALL FUTCH |
|  | Vs. |
|  | HOUSEHOLD BANK, RUST CONSULTING, |
|  | INC., AND BRIAN STRANGE |

Dear Superintendent:

Pursuant to O.C.G.A. § 42-12-4, this letter is to notify you that the above referenced prisoner has filed a civil action in the State Court of Chatham County.

The amount of the court costs due and payable is $92.50 to State Court. (Mr. Futch will have to find out the service fees on the services he has for Los Angeles, CA, Minneapolis, MN, and Schaumberg, IL).

The prisoner is seeking to proceed as an indigent prisoner and has filed a prisoner's affidavit of in forma pauperis.

Pursuant to O.C.G.A. § 42-12-4(3)(B), please forward all court costs and fees from the monies deposited in the prisoner's inmate account, if any, until all court costs and fees are satisfied.

Sincerely,

Brian K. Hart

Brian K. Hart
Clerk of State Court

**42-12-4. Payment from prisoner's inmate account for costs and fees of action commenced by prisoner.**

The following provisions shall apply when an indigent prisoner commences an action:

(1) The indigent prisoner shall pay the current balance of funds in the prisoner's inmate account;

(2) The clerk of court shall notify the superintendent of the institution in which the prisoner is incarcerated that an action has been filed. Notice to the superintendent shall include:

(A) The prisoner's name, inmate number, and civil action number; and

(B) The amount of the court costs and fees due and payable;

(3) Upon notification by the clerk of court that an indigent prisoner has commenced an action, the superintendent shall:

(A) Immediately freeze the prisoner's inmate account; and

(B) Order that all moneys deposited into the prisoner's inmate account be forwarded to the clerk until all court costs and fees are satisfied, whereupon the freezing of the account shall be terminated.

© 2006 by The State of Georgia and Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



# THE STATE COURT OF CHATHAM COUNTY
### CHATHAM COUNTY COURTHOUSE
### ROOM 305
### SAVANNAH, GEORGIA 31401

**BRIAN K. HART**
**COURT ADMINISTRATOR**

PHONE NO. (912) 652-7224
FAX NO. (912) 652-7329

June 13, 2007

Superintendent
FCI Pekin
Federal Correctional Institution
Post Office box 7000
Pekin, IL  61555

RE: Inmate:   JOHN RANDALL FUTCH
Inmate Number:   08700-021
Civil Action No.:   STCV07-01748GI
John Randall Futch
Vs.
Household Bank, Ruse Consulting, Inc., and Brian Strange

Dear Superintendent:

The letter sent to you on May 2, 2007, from the State Court of Chatham County notified you of this civil action that was filed in State Court.  The letter requested you to forward all court costs and fees from the monies deposited in the prisoner's inmate account until all court costs and fees were satisfied.

Pursuant to that action, Mr. Futch filed a "Motion for Reconsideration to Proceed in *Forma Pauperis* with a Corrected Affidavit" with State Court.

An order granting the plaintiff's motion to proceed in *Forma Pauperis* was signed by the Honorable H. Gregory Fowler, Chief Judge of the State Court of Chatham County, on the 7th day of June, 2007.

Therefore, Mr. Futch will be able to proceed with his litigation on this case in the State Court of Chatham County without court costs and fees.  Your office does not need to forward any monies deposited in the prisoner's inmate account to State Court.

Sincerely,

Brian K. Hart
Clerk of State Court

RECEIVED FOR FILING
STATE COURT CLERK
CHATHAM CO. GA

2007 JUL 25  PM 4: 38

*Brian N. Olliff*

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

JOHN RANDALL FUTCH,     )
    )
    Plaintiff,     )
    )    **CASE NO. STCV 0701748**
    v.     )
    )
HOUSEHOLD BANK, N.A.,     )
RUST CONSULTING, INC., and     )
BRIAN STRANGE,     )
    )
    Defendants.     )

### ANSWER AND DEFENSES

For its Answer to the Complaint of Plaintiff John Randall Futch, Defendant Rust

Consulting, Inc. ("Rust"), by and through its undersigned attorneys, responds as follows:

### FIRST DEFENSE

Responding to the individually numbered paragraphs of Plaintiff's Complaint, Rust states

as follows:

1.    Rust is without information or knowledge sufficient to form a belief as to the truth

of Paragraph No. 1, Compl. at 1, and therefore denies the same.

2.    In response to Paragraph No. 2, Compl. at 1, Rust admits only that it is

incorporated under the laws of Minnesota and that its headquarters are located in Minnesota.

Rust expressly denies that it is subject to jurisdiction in Georgia.  Any allegation not expressly

admitted in response to Paragraph No. 2, Compl. at 1, is hereby denied.

3.    Rust is without information or knowledge sufficient to form a belief as to the truth

of Paragraph No. 3, Compl. at 1, and therefore denies the same.

1.      Rust is without information or knowledge sufficient to form a belief as to the truth of Paragraph No. 1,[1] Compl. at 2, and therefore denies the same.

2.      Rust admits only that a national class action was filed against Defendant Household Bank, N.A. in a California state court.  Rust is without information or knowledge sufficient to form a belief as to the truth of the remainder of Paragraph No. 2, Compl. at 2, and therefore denies the same.

3.      In response to Paragraph No. 3, Compl. at 2, Rust admits that Rust's corporate headquarters are located in Minnesota. Responding further, Rust admits that it is engaged in the business of administering claims for class action settlements and has served as claims administrator for Defendant Household Bank, N.A. in a national class action adjudicated by a California state court in the past.  Any allegation not expressly admitted in response to Paragraph No. 3, Compl. at 2, is hereby denied.

4.      Rust is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph No. 4, Compl. at 2, and therefore denies the same.

5.      On August 23, 2004, Rust admits that it received a request to obtain a Claim Form at its Claims Administration Center in Minnesota with a return address of:  John Randall Futch, Federal Bureau of Prisons, P. O. Box 474701, Des Moines, Iowa, 50947.  Rust is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5, Compl. at 2, and therefore denies the same.

---

[1] The first three paragraphs of Plaintiff's Complaint are enumerated Paragraphs 1-3 on Page 1. On Page 2 of the Complaint, Plaintiff numbers his allegations starting again with Paragraph 1.  This Answer conforms to Plaintiff's numbering system, but includes the Complaint's page numbers for clarity.

6.      Rust is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6, Compl. at 2, and therefore denies the same.

7.      Rust is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, Compl. at 2, and therefore denies the same.

8.      Rust is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, Compl. at 2-3, and therefore denies the same.

9.      Rust is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, Compl. at 3, and therefore denies the same.

10.     Rust is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10, Compl. at 3, and therefore denies the same.

11.     Rust is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, Compl. at 3, and therefore denies the same.

12.     Rust denies that it committed any fraud with respect to any claims submitted by Plaintiff to Rust. Rust denies that Plaintiff filed a proper claim that would qualify him to relief under the California class action settlement. Rust is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 12, Compl. at 3, and therefore denies the same.

13.     Rust denies that it conspired with Defendants Household Bank, N.A. or Brian Strange to deny Plaintiff's claims. Responding further, Rust denies that it committed any acts of fraud as to Plaintiff. Responding further, Rust states that it denied in good faith a claim by Plaintiff for failure to comply with requirements specified on the Claims Request Form. Any allegation not expressly admitted in response to Paragraph 13, Compl. at 3, is hereby denied.

3

In response to the unnumbered "WHEREFORE" paragraph following Paragraph No. 13, Compl. at 3-4, Rust denies all allegations contained therein and further denies that Plaintiff is entitled to any of the relief sought therein.

### SECOND DEFENSE

The Complaint, and each cause of action thereof, fails to state a claim against Rust upon which relief can be granted.

### THIRD DEFENSE

Rust is a foreign corporation, and is not subject to the jurisdiction of this Court.

### FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of res judicata and/or collateral estoppel.

### FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of laches and/or waiver.

### SIXTH DEFENSE

There is no basis in law or fact for the imposition of punitive damages with respect to the Plaintiff's claims against Rust.

### SEVENTH DEFENSE

Any award of punitive damages against Rust would violate the due process and equal protection provisions in the Constitution of the State of Georgia, Article I, § 1, ¶¶ 1-2 and the Fifth and Fourteenth Amendments to the United States Constitution.

4

## EIGHTH DEFENSE

Without limiting the generality of the previous defense, an award of punitive damages against Rust in this case would violate its due process rights guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution and by Article I, § 1, ¶¶ 1-2 of the Constitution of Georgia (1983) because:  (1) such an award under Georgia law is not subject to a predetermined amount, such as a maximum multiple of compensatory damages or a maximum amount; (2) the standard of law in Georgia does not provide sufficient clarity for determining the appropriateness and the approximate size of the punitive damages award; (3) the jury is not, under Georgia law, adequately instructed on the limits of punitive damages imposed by the applicable principles of deterrence and punishment; (4) the jury is not expressly prohibited from awarding punitive damages, or determining the amount of an award of punitive damages, in whole or in part, on the basis of invidiously discriminatory characteristics, including the residence, wealth, status and identity of the defendant; (5) the jury is permitted to award punitive damages under a standard for determining liability for punitive damages that is vague and arbitrary and does not define with sufficient clarity the conduct or mental state that makes punitive damages permissible; (6) an award of punitive damages is not subject to trial court and appellate judicial review for reasonableness and for the furtherance of the legitimate purposes of such damages on the basis of objective standards; (7) an award of punitive damages in this action would have an impermissible extraterritorial effect; (8) Rust had no notice of or means of ascertaining whether, or in what amount, it might be subject to a penalty of punitive damages for the conduct alleged by Plaintiff in this case, which lack of notice was compounded by the absence of any adequate or meaningful standards as to the kind of conduct that might subject Rust to punitive damages or as to the potential amount of such an award; (9) an award of

5

punitive damages under Georgia law does not give cognizance to the comparability of the award to awards in other, similar cases; (10) an award of punitive damages in Georgia under Georgia's statute does not give adequate consideration to the proportionality of the punitive damages awarded to the alleged wrong done to Plaintiff; and (11) no provision of Georgia law or the Georgia punitive damages scheme provides adequate procedural safeguards consistent with the criteria set forth in *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003), *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*, 532 U.S. 424 (2001), *BMW of N. Am., Inc. v. Gore*, 517 U.S. 559 (1996), *Pac. Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1 (1990), and *Matthews v. Eldridge*, 424 U.S. 319 (1976), for the imposition of a punitive award.

### NINTH DEFENSE

O.C.G.A. § 51-12-5.1 violates the equal protection provisions of the Constitution of the United States and the Constitution of the State of Georgia (1983), Article I, § 1, ¶ 2, with the result that the entirety of O.C.G.A. § 51-12-5.1 concerning punitive damages is void as unconstitutional.

### TENTH DEFENSE

Any award of punitive damages against Rust would constitute an excessive fine, and fail to afford Rust the procedural safeguards prescribed in the Constitution of the State of Georgia, and the Fifth, Fourteenth and Eighth Amendments to the United States Constitution.

### ELEVENTH DEFENSE

Insofar as the punitive damages award sought by Plaintiff seeks to impose punitive damages under Georgia law for conduct in other states, the award violates: (a) Rust's rights to due process under the Fourteenth Amendment of the United States Constitution and Article I, §1, ¶ 1 of the Constitution of the State of Georgia (1983); (b) the dormant or negative commerce

6

clause derived from Article I, Section 8, Clause 3 of the United States Constitution; (c) the Full

Faith and Credit Clause of Article IV, Section 1 of the United States Constitution; (d) the

requirement of the United States Constitution that a state respect the autonomy of other states

within their spheres; and (e) the notion that a state has no legitimate concern in imposing

punitive damages to punish a defendant for acts committed outside of the state's jurisdiction, as

stated in *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408 (2003), *Cooper Indus., Inc. v.*

*Leatherman Tool Group, Inc.*, 532 U.S. 424 (2001), *BMW of N. Am., Inc. v. Gore*, 517 U.S. 559

(1996), *Pac. Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1 (1990), and *Matthews v. Eldridge*, 424 U.S.

319 (1976).

## TWELFTH DEFENSE

Without limiting any previous defense, insofar as any punitive damages sought by

Plaintiff are awarded, such punitive damages may not exceed the sum of substantial

compensatory damages that may be awarded to Plaintiff, as to do so would violate Rust's due

process rights guaranteed by Article I, §1, ¶ 1 of the Constitution of Georgia (1983).

## THIRTEENTH DEFENSE

Without limiting any previous defense, insofar as any punitive damages sought by

Plaintiff are awarded, such punitive damages may not exceed the sum of substantial

compensatory damages that may be awarded to Plaintiff, as to do so would violate Rust's due

process rights guaranteed by the United States Constitution as applied in *State Farm Mut. Auto.*

*Ins. Co. v. Campbell*, 538 U.S. 408 (2003), *Cooper Indus., Inc. v. Leatherman Tool Group, Inc.*,

532 U.S. 424 (2001), *BMW of N. Am., Inc. v. Gore*, 517 U.S. 559 (1996), *Pac. Mut. Life Ins. Co.*

*v. Haslip*, 499 U.S. 1 (1990), and *Matthews v. Eldridge*, 424 U.S. 319 (1976).

## FOURTEENTH DEFENSE

Rust asserts that venue is improper in this case.

## FIFTEENTH DEFENSE

Rust reserves the right to assert or plead any additional defenses that may arise or become available in the course of this litigation.

Respectfully submitted this 25th day of _July_____, 2007.

_R. Clay Ratterree_
R. Clay Ratterree
Georgia Bar No. 595312
Ellis, Painter, Ratterree & Adams LLP
First Union Building, 10th Floor
2 East Bryan Street
Savannah, Georgia 31401
Phone: (912) 233-9700
Fax: (912) 233-2281

OF COUNSEL:

Ashley Cummings
Georgia Bar No. 186005
Jason M. Beach
Georgia Bar No. 043606
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308
Phone: (404) 888-4000
Fax: (404) 888-4190

*Counsel for Defendant Rust Consulting, Inc.*

8

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing **Answer and Defenses** of Defendant Rust Consulting, Inc. was served via United States first class mail addressed to Plaintiff, proceeding pro se, and all counsel of records as follows:

> Mr. John Randall Futch
> Federal Correctional Institution
> PO Box 5000
> Pekin, Illinois 61555

This 25th day of July, 2007.

ELLIS, PAINTER, RATTERREE & ADAMS LLP

R. Clay Ratterree
State Bar No. 595312
Attorney For Defendant Rust Consulting, Inc.

PO Box 9946
Savannah, GA  31412
912.233.9700

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing **NOTICE**

**OF REMOVAL** was served by first class mail, postage prepaid, upon all counsel

of record on this _24_ day of July, 2007, addressed as follows:

> Mr. John Randall Futch
> Federal Correctional Institution
> P.O. Box 5000
> Pekin, Illinois 61555

_____
R. Clay Ratterree

***Counsel for Defendant Rust
Consulting, Inc.***