AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN RANDALL FUTCH

Plaintiff

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV407-109

HSBC BANK, N.A., fka Household Bank, N.A.,
RUST CONSULTING, INC., and BRIAN STRANGE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order entered October 24, 2007, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court; Judgment is hereby entered Granting the Motions to Dismiss by HSBC, N.A. and by Rust Consulting, Inc., and Dismissing the complaint as to Brian Strange. This action stands closed.

| 10/24/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Mary Anne Hill*
(By) Deputy Clerk

GAS Rev 10/1/03